

FILED IN OPEN COURT

OCT 24 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARRINGTON JARIUS HAMMOND,<br>  a/k/a Tattoo<br>  a/k/a Blitz<br>  a/k/a Free<br>     Defendant. | Case No. 1:23-CR-166 |

## CRIMINAL INFORMATION

### Count One

*Conspiracy to Distribute Fentanyl*

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning at least as early as June of 2022, and continuing thereafter up to and including July of 2023, the exact dates being unknown, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant CARRINGTON JARIUS HAMMOND did knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown, to knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841 and 846.

(In violation of Title 21, United States Code, Section 846)

### Count Two

*Possession of a Firearm in Furtherance of Drug Trafficking*

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 17, 2023, the defendant CARRINGTON JARIUS HAMMOND, in Fairfax County, Virginia, within the Eastern District of Virginia, did knowingly, intentionally, and unlawfully possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, conspiracy to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, as alleged in Count One of this Information, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

(In violation of Title 18, United States Code, Section 924(c)(1)(A))

## FORFEITURE NOTICE

The defendant, CARRINGTON JARIUS HAMMOND, is hereby notified, pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, that upon conviction of the controlled substance offense alleged in Count 1 of the Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

The defendant, CARRINGTON JARIUS HAMMOND, is hereby notified, pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, that upon conviction of the offense alleged in Count 2 of the Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

Pursuant to 21 U.S.C. § 853(p), CARRINGTON JARIUS HAMMOND shall forfeit substitute property, if, by any act or omission of CARRINGTON JARIUS HAMMOND, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

The property subject to forfeiture includes but is not limited to: (a) $12,900 in U.S. currency given to the defendant over the course of five controlled buys for fentanyl, cocaine, and a "ghost gun."

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code 924(d)(1); Title 28, United States Code 2461(c); and Federal Rule of Criminal Procedure 32.2(a))

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: <u>October 24, 2023</u>

By: /s/ Kristin Starr
Kristin S. Starr
Heather D. Call
Assistant United States Attorneys